**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-660**

---

In Re: ANTHONY GRANDISON; STEVEN H. OKEN; JOHN
BOOTH-EL; WESLEY EUGENE BAKER, et al., Plain-
tiffs, Prisoners of the Maryland Adjustment
Center, under a sentence of death, on behalf
of themselves and others similarly situated,

Petitioners.

---

On Petition for Writ of Mandamus.  (CA-97-1396-S)

---

Submitted:  April 29, 1998          Decided:  May 13, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Anthony Grandison, Steven H. Oken, John Booth-El, Wesley Eugene
Baker, Petitioners Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Grandison, Steven H. Oken, John Booth-El, and Wesley Eugene Baker petition for a writ of mandamus seeking relief from the district court's orders dismissing their lawsuit demanding a declaration that certain provisions of the Antiterrorism and Effective Death Penalty Act of 1996 are unconstitutional. Court records reveal that an appeal from the district court's decision is pending with this court.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is available only if there are no other means by which the relief sought could be granted, see In re: Beard, 811 F.2d 818, 827 (4th Cir. 1987), and may not be used as a substitute for appeal. See In re: United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp v. Diaflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted).

The petitioners have not made the required showing. Accordingly, while we grant the motion for leave to proceed in forma pauperis, we deny mandamus relief. We deny the motion to expedite appeal or for temporary relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the mate-

2

rials before the court and argument would not aid the decisional process.

PETITION DENIED